945 F.2d 397
 Vianello (Michael)
v.
O'Brien (Peter J.), Felker (Harlond), Surochak (Dolores),
Rohl (Barbara), Smith (Janice), Pacifico (Joseph G.),
Shoucair (Ron), PA. Judicial Inquiry Review Board,
Administrative Office of PA. Courts, Court Administrator of
PA., PA. Unified Judicial System, PA. Dept. of Agriculture,
PA. State Police, SPCA, Commonwealth of Pennsylvania
 NO. 90-5887
 United States Court of Appeals,
Third Circuit.
 SEP 16, 1991
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.